U.S. Department of Justice  
Washington, D.C.  
1/12/2015/nc

**Criminal Docket**

| | |
|---|---|
| __McALLEN__ Division | CR. No. __M-15-0063__ |
| **INDICTMENT**   Filed: January 20, 2015 | Judge: __MICAELA ALVAREZ__ |
| County: Hidalgo | |
| Lions #: **2015R00847** | Attorneys: |
| UNITED STATES OF AMERICA | KENNETH MAGIDSON, U. S. ATTORNEY |
| v. | JAMES H. STURGIS, ASST. U.S. ATTORNEY |
| BEKIR BULUC --WARRANT-- | Ct. 1 |
| also known as Bekir Celebi | |

Charge(s):  Ct. 1:  Unlawfully present in the United States after being previously excluded, deported, and removed.
Title 8, United States Code, Sections 1326(a) and 1326(b)

Total Counts  
**(1)**

Penalty:  Ct. 1:  Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:  Bureau of Customs & Border Protection- Michael Chandler - A70 851 359

Date                                                                 **Proceedings**